TIMOTHY COURCHAINE
United States Attorney
District of Arizona
BROCK HEATHCOTTE
Assistant U.S. Attorney
Arizona State Bar No.014466
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
Email: Brock.Heathcotte@usdoj.gov
*Attorneys for the Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Maria Leticia Vargas Quinones,<br><br>Plaintiff,<br>v.<br><br>United States Department of Homeland Security and United States Immigration and Customs Enforcement,<br><br>Defendants. | No. CV-25-04735-PHX-MTL<br><br>**JOINT STATUS REPORT** |

The parties submit this status report in compliance with the Court's order dated June 15, 2026 (Doc. 24) which stated, "The parties must file monthly joint status reports regarding Defendants' FOIA search, processing, and production."

Defendants disclosed, to Plaintiff, documents responsive to the FOIA requests on June 30, 2026, July 31, 2026, and August 31, 2026. Plaintiff reserves the right to object to the disclosures after disclosure is completed.

The next production and status report will be on September 30, 2026.

/

/

RESPECTFULLY SUBMITTED August 31, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/ Brock Heathcotte
BROCK HEATHCOTTE
Assistant United States Attorney
*Attorneys for the Defendants*

/s/ Laura Belous
FLORENCE IMMIGRANT &
REFUGEE RIGHTS PROJECT
*Attorney for Plaintiff*