Laura Belous (AZ Bar No. 028132)
Florence Immigrant and Refugee Rights Project
P.O. Box 86299
Tucson, AZ 85754
lbelous@firrp.org
(520) 934-7257

*Attorney for Petitioner*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Maria Leticia Vargas Quinones,

Plaintiff,

v.

United States Department of Homeland Security and United States Immigration and Customs Enforcement,

Defendants.

No. CV-25-04735-PHX-MTL

**JOINT STATUS REPORT**

The parties submit this status report in compliance with the Court's order dated June 15, 2026 (Doc. 24) which stated, "The parties must file monthly joint status reports regarding Defendants' FOIA search, processing, and production."

Defendants disclosed, to Plaintiff, documents responsive to the FOIA requests on June 30, 2026, July 31, 2026, August 31, 2026, and September 30, 2026. Plaintiff reserves the right to object to the disclosures after disclosure is completed.

The next production and status report will be on October 30, 2026.

/

/

/

/

/

RESPECTFULLY SUBMITTED September 30, 2026.

/s/
*Laura Belous*
FLORENCE IMMIGRANT &
REFUGEE RIGHTS PROJECT
*Attorney for Plaintiff*

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Brock Heathcotte (with permission)*
BROCK HEATHCOTTE
Assistant United States Attorney
*Attorneys for the Defendants*